NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE ASSOCIATION FOR MOLECULAR PATHOLOGY, THE AMERICAN COLLEGE OF MEDICAL GENETICS, THE AMERICAN SOCIETY FOR CLINICAL PATHOLOGY, THE COLLEGE OF AMERICAN PATHOLOGISTS, HAIG KAZAZIAN, MD, ARUPA GANGULY, PHD, WENDY CHUNG, MD, PHD, HARRY OSTRER, MD, DAVID LEDBETTER, PHD, STEPHEN WARREN, PHD, ELLEN MATLOFF, M.S., ELSA REICH, M.S., BREAST CANCER ACTION, BOSTON WOMEN'S HEALTH BOOK COLLECTIVE, LISBETH CERIANI, RUNI LIMARY, GENAE GIRARD, PATRICE FORTUNE, VICKY THOMASON, AND KATHLEEN RAKER,**
*Plaintiffs-Appellees,*

v.

**UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant,*

AND

**MYRIAD GENETICS, INC.,**
*Defendant-Appellant,*

AND

**LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS,**

**THOMAS PARKS, DAVID W. PERSHING, AND MICHAEL K. YOUNG, IN THEIR OFFICIAL CAPACITY AS DIRECTORS OF THE UNIVERSITY OF UTAH RESEARCH FOUNDATION,** *Defendants-Appellants.*

---

2010-1406

---

Appeal from the United States District Court for the Southern District of New York in case no. 09-CV-4515, Senior Judge Robert W. Sweet.

---

**ON MOTION**

---

**O R D E R**

The court having received no objection to the pending motions for leave to file briefs amici curiae, the pending motions for leave to file a corrected brief, and the pending motion for leave to include addenda with one of the briefs,

IT IS ORDERED THAT:

(1) The motions for leave to file a corrected brief are granted and the motion for leave to include addenda are granted.

(2) The briefs amici curiae are accepted for filing pursuant to Fed. R. App. P. 29(a). The remaining motions are moot.

FOR THE COURT

NOV 2 3 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Christopher A. Hansen, Esq.
     Gregory A. Castanias, Esq.
     J. Timothy Keane, Esq.
     Mary M. Calkins, Esq.
     Kent D. McClure, Esq.
     Barbara R. Rudolph, Esq.
     William G. Gaede, III, Esq.
     Seth P. Waxman, Esq.
     Erik P. Belt, Esq.
     Christopher M. Holman, Esq.
     Jennifer Gordon, Esq.
     Maxim H. Waldbaum, Esq.
     Jacqueline Dawn Wright-Bonilla, Esq.
     Herbert C. Wamsley, Esq.
     Brian P. Dorn, Esq.
     Aaron Stiefel, Esq.
     Kurt G. Calia, Esq.
     Mark R. Freeman, Esq.
     Ann M. McCrackin, Esq.
     David S. Forman, Esq.
     Robert A. Long, Esq.
     Judy deLeon Jarecki-Black, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

NOV 2 3 2010

**JAN HORBALY**
**CLERK**